UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SANFILIPPO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　Defendant. | Case No. 06cv0086-BTM(RBB)<br><br>**ORDER FOR REMAND<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. SECTION 405(g)** |

　　　Based upon the decision and mandate of the Court of Appeals for the Ninth Circuit, and considering the agreement of the parties expressed during the mandate hearing held on October 24, 2008, **IT IS HEREBY ORDERED** that the above-mentioned case is remanded to the Commissioner of the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g).

　　　**IT IS FURTHER ORDERED** that the Commissioner's ALJ shall re-evaluate the opinion of Dr. Rose and, if he rejects it, provide specific and legitimate reasons for doing so. The ALJ shall also apply the proper standard to the treating chiropractor's opinion as outlined in 20 C.F.R. § 404.1513(d)(1). A separate judgment pursuant to Fed. R. Civ. P. 58 shall be entered by the Clerk of the Court.

**IT IS SO ORDERED.**

DATED: November 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28